# United States District Court
# Eastern District of California
Redding Branch

**UNITED STATES OF AMERICA**      PROBATION ORDER
      vs.

**JAMES M. HULL**      CASE NO.   3:21-po-0320 DMC

THE DEFENDANT was found guilty in Count I of the Violation Notice, CA49/F5307391, after a plea of no contest.

Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR 261.10(b) | Residing on National Forest System Lands | I | 10/05/2021 |

The defendant is placed on **Unsupervised Court Probation** for a period of ten (10) months, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.

**You shall comply with the following special conditions:**

The defendant is excluded from entering lands supervised by the U.S. Forest Service in the Eastern District of California during the term of probation.

Dated:   October 5, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE